**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

BEVERLY SINBELIAN,

    Plaintiff,

v.                                                                      Civ. No. 26-75 KWR/GJF

RALEIGH NOLAN DAVIS and
WALMART STORES,

    Defendants.

## INITIAL SCHEDULING ORDER

The above-captioned cause has been assigned to this Court for scheduling, case management, discovery, and other non-dispositive motions.  The Federal Rules of Civil Procedure, as amended, as well as the Local Rules of the Court will apply to this lawsuit.

The parties will "meet and confer" no later than **May 26, 2026**, to formulate a provisional discovery plan.  Fed. R. Civ. P. 26(f).  The time allowed for discovery is generally 120 to 180 days.  The parties will cooperate in preparing a "Joint Status Report and Provisional Discovery Plan" ("JSR") which follows the sample JSR available at the Court's website.[1]  The blanks for suggested/proposed dates are to be filled in by the parties.[2]  Actual dates will be promulgated by order of the court shortly after entry of the JSR.  Because Defendant Walmart removed this case, it shall file the JSR no later than **June 8, 2026**.

Any modification of the dates in the scheduling order that issue from the JSR requires showing good cause and obtaining the Court's express and written approval.

---

[1]  Please visit the Court's website at www.nmd.uscourts.gov/forms to download the standardized "Joint Status Report and Provisional Discovery Plan" form.

[2] Please discuss and if possible agree on how many requests for production each side will need despite the sample JSR not prompting such a discussion.

Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within fourteen (14) days of the meet-and-confer session.

A Rule 16 scheduling conference will be conducted by telephone on **June 15, 2026, at 10:00 a.m. MT**. The parties shall call the WebEx conference line at (855) 244-8681 and dial access code 2313 888 6328 to connect to the proceedings. When prompted for an Attendee ID number, press #. Client attendance is not required.

At the Rule 16 scheduling conference, the parties should be prepared to discuss discovery needs and scheduling, all claims and defenses, initial disclosures, and the timing of expert disclosures and reports under Rule 26(a)(2). We will also discuss settlement prospects, alternative dispute resolution possibilities**, and whether all or some discovery should be stayed in light of the pending motion to dismiss**. If service on all parties is not complete, plaintiff(s) appearing through counsel or pro se, is (are) responsible for notifying all parties of the content of this Order.

Pre-trial practice in this case shall be in accordance with the foregoing.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

2